IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DARICK FOOTS**                                                                              **PLAINTIFF**
**ADC #103593**

v.                          Case No. 4:21-CV-00504-LPR

**ARKANSAS GENERAL ASSEMBLY, et al.**                              **DEFENDANTS**

### **JUDGMENT**

Pursuant to the Order entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that Mr. Foots's case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 11th day of January 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE